**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

White's Mill Colony, Inc., Respondent,

v.

Richard Weeks, Lillian Davis, Jerry Rouse, Jimmie Johnson, and Leon Kelly, Defendants,

Of whom Richard Weeks is the Appellant.

Appellate Case No. 2011-184846

———————

Appeal From Sumter County
Richard L. Booth, Master-in-Equity

———————

Unpublished Opinion No. 2013-UP-187
Submitted April 1, 2013 – Filed May 8, 2013

———————

**AFFIRMED**

———————

Richard Weeks, of Sumter, pro se.

Kenneth R. Young, Jr., of Young, Keffer, & Donnald, LLC, of Sumter, for Respondent.

———————

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:

1.  As to Weeks's argument the master-in-equity's orders do not accurately reflect what occurred during the hearing and contained a material deficiency:  *Degenhart v. Knights of Columbus*, 309 S.C. 114, 118, 420 S.E.2d 495, 497 (1992) ("An issue on which the master-in-equity never ruled and which was not raised in post-trial motions is not properly before this [c]ourt."); *Plantation Shutter Co. v. Ezell*, 328 S.C. 475, 481 n.2, 492 S.E.2d 404, 407 n.2 (Ct. App. 1997) (noting issues are not preserved for appellate review when the master-in-equity never ruled on the issues and the appellant never made a motion to amend or alter the judgment pursuant to Rule 59(e), SCRCP).

2.  As to Weeks's argument concerning the falsification of the hearing transcript: *Ellie, Inc. v. Miccichi*, 358 S.C. 78, 103, 594 S.E.2d 485, 498 (Ct. App. 2004) (holding an appellate court cannot address an issue unless it was raised to and ruled upon by the master-in-equity).

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.